IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JOHN RODNEY VEACH,

        Petitioner,

    v.

MARION FEATHER, Warden,

        Respondent.

Case No. 3:14-cv-01809-BR

ORDER

BROWN, Judge.

    The Court GRANTS Petitioner's Unopposed Motion to Voluntarily Dismiss (#23) without prejudice.

    IT IS SO ORDERED.

    DATED this ___ day of May, 2015.

                                         /s/ Anna J. Brown
                                         ANNA J. BROWN
                                         United States District Judge

1 - ORDER -